this case on a similarly large tract of land in reasonably close proximity to the area here involved. We have taken the motion and objections thereto with the case. In view of the opinion we have reached, we deny the motion without ruling upon its merits.

Affirmed.

ABRAHAMSON and MORAN, JJ., concur.

Victor Hull, Administrator De Bonis Non of the Estate of Daisy F. Lease, Deceased, Plaintiff-Appellant, v. Illinois State Bank of Quincy, as Executor of the Purported Last Will and Testament of Alice C. Lease, Deceased, and Successor Trustee of the Trust Created by the Purported Last Will and Testament of Alice C. Lease, Deceased, Department of Conservation of the State of Illinois, St. Joseph's Hospital for the Chronically Ill, Holy Redeemer Church, Located in Barry, Illinois, Alva A. Lewton, Ferne S. Hull, Robert E. Lease, Lois Lewton and Daisy F. Lease, an Incompetent.

Gen. No. 11,173.

Fourth District.
September 24, 1970.

Owen D. Lierman, of Quincy, for appellant; Bier and Bier, of Quincy, for appellees. Opinion by JUSTICE SMITH. Not to be published in full.